1  PAMELA Y. PRICE, SBN 107713
   P. BOBBY SHUKLA, SBN 229763
2  Price and Associates
   1617 Clay Street
3  Oakland, California 94612
   Telephone:  (510) 452-0292
4  Facsimile:  (510) 452-5625

5  HOWARD MOORE, JR., SBN 55228
   Moore and Moore
6  445 Bellevue Avenue, Second Floor
   Oakland, California 94610-4924
7  Telephone:  (510) 451-0104
   Facsimile:  (510) 451-5056
8  Email:      MoorLaw@aol.com

9  Attorneys for Plaintiff Elaine Stevenson

10 NANCY J. SHEEHAN, SBN 109419
   RACHEL A. BOUMAN, SBN 214960
11 Porter, Scott, Weiberg & Delehant
   350 University Avenue, Suite 200
12 Post Office Box 255428
   Sacramento, California 95865
13 Telephone:  (916) 929-1481
   Facsimile:  (916) 927-3706
14 Email:      nsheehan@pswdlaw.com

15 Attorneys for Defendants, County of Sacramento,
   Craig Hill, and John McGinness
16

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19

| ELAINE STEVENSON,                          | Case No.: CIV-S-03-0201 MCE/PAN |
|--------------------------------------------|----------------------------------|
|              Plaintiff,                    |                                  |
|                                            | PROPOSED ORDER ON STIPULATION TO CONFORM TIME IN WHICH PARTIES MAY MOVE FOR AN AWARD OF STATUTORY ATTORNEY'S FEES AND COST TO CIVIL LOCAL RULE 54-293 TO 30 DAYS AFTER ENTRY OF THE FINAL ORDER ON THE PENDING POST TRIAL MOTIONS & ORDER |
| v.                                         |                                  |
| COUNTY OF SACRAMENTO, CRAIG HILL, JOHN McGINNESS, and DOES 1 through 10, Inclusive, |                                  |
|              Defendants.                   |                                  |

27      The Court hereby grants the parties' request to have up to and including 30 days from entry

28 of the final order on all pending post-trial motions in which they may move for an award of statutory

1
Stevenson v. County of Sacramento, et al    Case No. CIV S 03-0201 MCE PAN
Stipulation & (Proposed) Order re the Time in which Plaintiff May Move for an Award of
Statutory Attorney's Fees and Costs
00377985.WPD

1  attorney's fees and costs.

2  **PURSUANT TO STIPULATION: IT IS SO ORDERED.**

3

4  Dared: August 1, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

Stevenson v. County of Sacramento, et alCase No. CIV S 03-0201 MCE PAN
Stipulation & (Proposed) Order re the Time in which Plaintiff May Move for an Award of
Statutory Attorney's Fees and Costs

00377985.WPD