PAMELA Y. PRICE, SBN 107713
P. BOBBY SHUKLA, SBN 229763
Price and Associates
1617 Clay Street
Oakland, California  94612
Telephone:	(510) 452-0292
Facsimile:	(510) 452-5625

HOWARD MOORE, JR., SBN 55228
Moore and Moore
445 Bellevue Avenue, Second Floor
Oakland, California  94610-4924
Telephone:	(510) 451-0104
Facsimile:	(510) 451-5056
Email:	MoorLaw@aol.com

Attorneys for Plaintiff Elaine Stevenson

NANCY J. SHEEHAN, SBN 109419
RACHEL A. BOUMAN, SBN 214960
Porter, Scott, Weiberg & Delehant
350 University Avenue, Suite 200
Post Office Box 255428
Sacramento, California  95865
Telephone:	(916) 929-1481
Facsimile:	(916) 927-3706
Email:	nsheehan@pswdlaw.com

Attorneys for Defendants, County of Sacramento,
Craig Hill, and John McGinness

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| ELAINE STEVENSON, | ) | Case No.: CIV S 03-0201 MCE  PAN |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO CONFORM TIME IN WHICH PARTIES MAY MOVE FOR AN AWARD OF STATUTORY ATTORNEY'S FEES AND COST TO CIVIL LOCAL RULE 54-293 TO 30 DAYS AFTER ENTRY OF THE FINAL ORDER ON THE PENDING POST TRIAL MOTIONS & (Proposed) ORDER |
| COUNTY OF SACRAMENTO, CRAIG HILL, JOHN McGINNESS, and DOES 1 through 10, Inclusive, | ) | |
| Defendants. | ) | |

WHEREAS on June 24, 2005, the jury returned its verdict in favor of Plaintiff and against Defendant Hill and awarded compensatory and special damages;

1

1    WHEREAS on July 6, 2005, the jury, in further proceedings to determine what, if any,
2 punitive damages, should be awarded against Defendant Hill, deadlocked, was thereafter
3 dismissed, and judgment entered;

4    WHEREAS on July 11, 2005, Defendants filed their Renewed Motion for Judgment as a
5 Matter of Law, Motion for Judgment Notwithstanding the Verdict, and for a New Trial;

6    WHEREAS on July 21, 2005, Plaintiff filed her post-judgment Motion to Alter or amend
7 a Judgment;

8    Whereas, Rule 54(d)(2)(B) of the Federal Rules of Civil Procedure require a motion for
9 an award of attorney's fees and costs to be served and filed within 14 days of the entry of the
10 judgment "unless otherwise provided by statute or order of the court," and Civil Local Rule 54-
11 293, provides that a party seeking an award of statutory attorney's fees and cost may do so by
12 noticed motion within 30 days of the entry of judgment;

13    Whereas, conforming the time in which Plaintiff may move for an award of statutory
14 attorney's fees and costs to comply with Civ. L. Rule 54-293, will avoid confusion, hasty
15 prepared pleadings, and will conserve the time of the Court and counsel: and

16    Whereas, Defendants' Renewed Motion for Judgment as a Matter of Law, Motion for
17 Judgment Notwithstanding the Verdict; and for a New Trial, and Plaintiff's Motion to Alter or
18 Amend the Judgment are set for hearing on August 22, 2005,

19    Therefore, the parties to this civil action through their undersigned counsel of record
20 hereby stipulate and agree that all parties may have up to and including 30 days from entry of the
21 final order on all pending post-trial motions in which they may move for an award of statutory
22 attorney's fees and costs.

                                MOORE AND MOORE
                                Attorney for Plaintiff Elaine Stevenson
24 Dated: July 25, 2005

                                        /s/ Howard Moore, Jr.

                                By:_____
                                    HOWARD MOORE, JR.

00377766.WPD

1                                     PORTER, SCOTT, WEIBERG & DELEHANT
                                    Attorneys for Defendants, County of Sacramento,
2                                     Craig Hill, and John McGinness

3 Dated: July 26, 2005

                                      \s\ Nancy J. Sheehan
4                          By: _____
                              NANCY J. SHEEHAN

7

8                                   **ORDER**

9    The above and foregoing stipulation read and considered,

PURSUANT TO STIPULATION: IT IS SO ORDERED.
10

11 Dared: August 12, 2005

12

13                                            _____
14                                            MORRISON C. ENGLAND, JR
15                                            UNITED STATES DISTRICT JUDGE

00377766.WPD