# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ELAINE STEVENSON,

    Plaintiff,

v.

COUNTY OF SACRAMENTO, et al.,

    Defendants.

_____/

CIV. S 03-0201 MCE PAN

**SECOND AMENDED JUDGMENT IN A CIVIL CASE**

**FILED**
September 28, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

<u>XX</u> -- Jury verdict.  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED:

1)    That judgment is hereby entered in favor of Plaintiff and against Defendant Craig Hill in accordance with the superseding jury verdict rendered on June 24, 2005.

2)    That the punitive damages portion of the jury trial, held on July 6, 2005, resulted in a mistrial.

    JACK L. WAGNER, Clerk

Dated: September 28, 2005

    */s/ Amanda Souvannarath*
    By: Amanda Souvannarath
    Courtroom Deputy
    To the Honorable Morrison C. England, Jr.
    (916) 930-4207
    asouvannarath@caed.uscourts.gov