1 | PAMELA Y. PRICE, SBN 107713
P. BOBBY SHUKLA, SBN 229763
2 | Price and Associates
1617 Clay Street
3 | Oakland, California 94612
Telephone: (510) 452-0292
4 | Facsimile: (510) 452-5625

5 | HOWARD MOORE, JR., SBN 55228
Moore and Moore
6 | 445 Bellevue Avenue, Second Floor
Oakland, California 94610-4924
7 | Telephone: (510) 451-0104
Facsimile: (510) 451-5056
8 | Email: MoorLaw@aol.com

9 | Attorneys for Plaintiff Elaine Stevenson

10 | NANCY J. SHEEHAN, SBN 109419
RACHEL A. BOUMAN, SBN 214960
11 | Porter, Scott, Weiberg & Delehant
350 University Avenue, Suite 200
12 | Post Office Box 255428
Sacramento, California 95865
13 | Telephone: (916) 929-1481
Facsimile: (916) 927-3706
14 | Email: nsheehan@pswdlaw.com

15 | Attorneys for Defendants, County of Sacramento,
Craig Hill, and John McGinness
16

17 | UNITED STATES DISTRICT COURT

18 | EASTERN DISTRICT OF CALIFORNIA

19

20 | ELaine Stevenson,               )   Case No.: CIV S 03-0201 MCE PAN
                                    )
21 |        Plaintiff,               )
                                    )   STIPULATION TO EXTEND
22 | vs.                             )   TIME IN WHICH PARTIES MAY
                                    )   MOVE FOR AN AWARD OF
23 | COUNTY OF SACRAMENTO, CRAIG     )   STATUTORY ATTORNEY'S FEES
     HILL, JOHN McGINNESS, and      )   AND ORDER
24 | DOES 1 through 10, Inclusive,   )
                                    )
25 |        Defendants.              )
                                    )
26

27 | ///

28 | ///

1

00393786.WPD

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

Plaintiff ELAINE STEVENSON, by and between her attorneys of record, Pamela Y. Price, P. Bobbi Shukla, and Howard Moore, Jr., and Defendants COUNTY OF SACRAMENTO, CRAIG HILL, and JOHN McGINNESS, by and through their attorneys of record, Nancy J. Sheehan and Rachel A. Bouman, hereby stipulate and agree to extend the time for moving for an award of statutory attorney's fees to December 27, 2005.  A continuation is necessary as the parties wish to participate in the Ninth Circuit mediation program which could potentially resolve all aspects of this case, including the issue of attorney's fees.  If the case does not resolve at mediation, the parties anticipate they will need to move for attorney's fees to be determined by the Court.

Therefore, the parties to this civil action through their undersigned counsel of record hereby stipulate and agree that all parties may have up to and including December 27, 2005 to move for an award of statutory attorney's fees.

Dated: October 20, 2005         MOORE AND MOORE
                                Attorney for Plaintiff Elaine Stevenson


                                        /s/ Howard Moore, Jr.
                                By:_____
                                    HOWARD MOORE, JR.

Dated: October 20, 2005         PRICE AND ASSOCIATES
                                Attorney for Plaintiff Elaine Stevenson

                                        /s/ P. Bobbi Shukla
                                By:_____
                                    PAMELA Y. PRICE
                                    P. BOBBIE SHUKLA

Dated: October 20, 2005         PORTER, SCOTT, WEIBERG & DELEHANT
                                Attorneys for Defendants, County of Sacramento,
                                Craig Hill, and John McGinness


                                        \s\ Nancy J. Sheehan
                                By: _____
                                    NANCY J. SHEEHAN
                                    RACHEL A. BOUMAN

00393786.WPD

1 **ORDER**

2 The above and foregoing stipulation read and considered,

3 PURSUANT TO STIPULATION: IT IS SO ORDERED.

4 Dated: October 21, 2005

```
                                          _____
                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE
```

00393786.WPD