PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P. BOBBY SHUKLA, ESQ. (STATE BAR NO. 229736)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Ste 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
ELAINE STEVENSON

NANCY J. SHEEHAN, (STATE BAR NO. 109419)
PORTER, SCOTT, WEIBERG & DELEHANT
350 University Avenue, Suite 200
P.O. Box 255428
Sacramento, CA 95865
Telephone: (916) 929-1481
Fascimile: (916) 927-3706

Attorneys for Defendants COUNTY OF SACRAMENTO,
CRAIG HILL, AND JOHN MCGINNESS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE STEVENSON, | No. 2:03-cv-0201 MCE PAN |
| Plaintiff, | **STIPULATION FOR RETURN OF EVIDENCE; ORDER** |
| v. | |
| COUNTY OF SACRAMENTO, CRAIG HILL, JOHN MCGINNESS, AND DOES 1 THROUGH 10, inclusive, | HON. MORRISON C. ENGLAND, JR. |
| Defendants. | |

The parties hereby stipulate to the release and return of each item of evidence held by the Court in the above-referenced matter. The parties further stipulate that each item of evidence be returned to the party who moved it into evidence except for Exhibit No. 187, Retirement Plaque for Defendant John McGinness, belonging to Defendant McGinness, which may be returned to him or his counsel.

                **IT IS SO STIPULATED.**

Dated:  February 10, 2006             PRICE AND ASSOCIATES

                                                               /s/ PAMELA Y. PRICE
                                          PAMELA Y. PRICE, Attorneys for Plaintiff ELAINE STEVENSON

Dated:  February 10, 2006

                                                    /s/   NANCY J. SHEEHAN

                                          NANCY J. SHEEHAN, Attorneys for Defendants COUNTY OF SACRAMENTO, CRAIG HILL, and JOHN MCGINNESS

**ORDER**

For the reasons set forth in the Stipulation, and good cause appearing, **IT IS SO ORDERED.**  The Clerk of the Court is directed to release and return the evidence held by the Court in this case.  Counsel shall contact the Courtroom Deputy, Amanda Souvannarath, to arrange for a convenient time to return the evidence.

Date: February 23, 2006

                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE