PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P. BOBBY SHUKLA, ESQ. (STATE BAR NO. 229736)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Ste 1450
Oakland, CA  94612
Telephone:  (510) 452-0292
Facsimile: (510) 452-5625

Attorneys for Plaintiff
ELAINE STEVENSON

NANCY J. SHEEHAN, (STATE BAR NO. 109419)
PORTER, SCOTT, WEIBERG & DELEHANT
350 University Avenue, Suite 200
P.O. Box 255428
Sacramento, CA 95865
Telephone: (916) 929-1481
Fascimile: (916) 927-3706

Attorneys for Defendants County of Sacramento,
Craig Hill, and John McGinness

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE STEVENSON,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF SACRAMENTO, CRAIG HILL, JOHN MCGINNESS, AND DOES 1 THROUGH 10, inclusive,<br><br>          Defendants. | No. 2:03-cv-0201 MCE<br><br>**STIPULATION AND ORDER RE DISMISSAL**<br>**[FRCP 41(a)(1)]**<br><br>HON. MORRISON C. ENGLAND, JR. |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated that counsel that the entire action against Defendants County of Sacramento, Craig Hill, and John McGinness may be dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), with each party to bear their own costs and attorney fees.

///

Dated:  February 6, 2006                                    PRICE AND ASSOCIATES


                 /s/ PAMELA Y. PRICE
              PAMELA Y. PRICE, Attorneys for Plaintiff
              ELAINE STEVENSON


Dated:  February 6, 2006


                 /s/   NANCY J. SHEEHAN
              NANCY J. SHEEHAN, Attorneys for
              Defendants COUNTY OF SACRAMENTO,
              CRAIG HILL, and JOHN MCGINNESS

## **ORDER**

For the reasons set forth in the Stipulation, and good cause appearing, **IT IS SO ORDERED.**  The Clerk of the Court is directed to enter the dismissal and close the case.


Date: February 23, 2006


                 _____
              MORRISON C. ENGLAND, JR
              UNITED STATES DISTRICT JUDGE